**FILED**

January 28, 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>LEROY HARRINGTON, )<br>)<br>Defendant. ) | Case No. 2:10-mj-24 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Leroy Harrington</u>; Case <u>2:10-mj-24 KJM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of _____

    _X_   Unsecured bond in the amount of $50,000

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond secured by Real Property

    \_\_   Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>1/28/2010</u>     at  3:02 p.m.

By  _____
Kimberly J. Mueller,
United States Magistrate Judge