1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   LEROY HARRINGTON, III

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,     ) Case No. 2:10-cr-00052 LKK
                                 )
14              Plaintiff,       ) STIPULATION AND ORDER CONTINUING
                                 ) CASE
15      v.                       )
                                 ) Date:  April 20, 2010
16 LEROY HARRINGTON, III,        ) Time:  9:15 a.m.
                                 ) Judge: Hon. Lawrence K. Karlton
17              Defendant.       )
                                 )
18 _____)

       IT IS HEREBY STIPULATED and agreed to between the United States of America through Jill Thomas, Assistant United States Attorney, and LEROY HARRINGTON, III, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference in the above captioned case be continued from April 20, 2010 to May 11, 2010. This continuance is sought to permit defense counsel to review the plea agreement with Mr. Harrington and defense preparation.

27 / / /

28 / / /

1    IT IS ALSO STIPULATED that time for trial under the Speedy Trial Act
2 be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4,
3 from April 20, 2010 through May 11, 2010.
4    IT IS SO STIPULATED.
5 Dated: April 19, 2010

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ JEFFREY L. STANIELS
                                          JEFFREY L. STANIELS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          LEROY HARRINGTON, III

Dated: April 19, 2010

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                           /s/ Jill Thomas
                                          Jill Thomas
                                          Assistant U.S. Attorney

**O R D E R**

The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until May 11, 2010, at 9:15 a.m. on this court's regular criminal calendar.

Time for Trial under the Speedy Trial Act is excluded between April 19, 2010, and May 11, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

    IT IS SO ORDERED.

Dated: April 19, 2010

                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT