```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    LEROY HARRINGTON, III
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:10-cr-00052 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING ) CASE |
| v. | ) ) Date:  May 11, 2010 |
| LEROY HARRINGTON, III, | ) Time:  9:15 a.m. ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) ) |
| _____ | ) |

 IT IS HEREBY STIPULATED and agreed to between the United States of America through Jill Thomas, Assistant United States Attorney, and LEROY HARRINGTON, III, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference in the above captioned case be continued from May 11, 2010 to June 15, 2010.  This continuance is sought to permit defense counsel to further review a proposed plea agreement with Mr. Harrington and gather information pertinent to a possible counter-offer, and certainly in mitigation of punishment.

1     IT IS ALSO STIPULATED that time for trial under the Speedy Trial Act
2 be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4,
3 from May 11, 2010 through June 15, 2010.
4     IT IS SO STIPULATED.

Dated: May 10, 2010

                          Respectfully submitted,

                          DANIEL J. BRODERICK
                          Federal Defender

                          /s/ JEFFREY L. STANIELS
                          JEFFREY L. STANIELS
                          Assistant Federal Defender
                          Attorney for Defendant
                          LEROY HARRINGTON, III

Dated: May 10, 2010

                          BENJAMIN B. WAGNER
                          United States Attorney

                          /s/ Jill Thomas
                          Jill Thomas
                          Assistant U.S. Attorney

**O R D E R**

The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until June 15, 2010, at 9:15 a.m. on this court's regular criminal calendar.

Time for Trial under the Speedy Trial Act is excluded between April 19, 2010, and June 15, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

    IT IS SO ORDERED.

Dated: May 11, 2010

                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT