1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   LEROY HARRINGTON, III
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13 UNITED STATES OF AMERICA,      ) Case No. 2:10-cr-00052 LKK
                                  )
14              Plaintiff,        ) STIPULATION AND ORDER CONTINUING
                                  ) CASE
15      v.                        )
                                  ) Date:  June 15, 2010
16 LEROY HARRINGTON, III,         ) Time:  9:15 a.m.
                                  ) Judge: Hon. Lawrence K. Karlton
17              Defendant.        )
                                  )
18 _____)

19

20      IT IS HEREBY STIPULATED and agreed to between the United States of
21 America through Jill Thomas, Assistant United States Attorney, and LEROY
22 HARRINGTON, III, by and through his counsel, JEFFREY L. STANIELS,
23 Assistant Federal Defender, that the status conference in the above
24 captioned case be continued from June 15, 2010 to July 20, 2010.  This
25 continuance is sought to permit defense counsel to further review a
26 proposed plea agreement with Mr. Harrington and gather information
27 pertinent to a possible counter-offer, and certainly in mitigation of
28 punishment.  The particular date is agreed to also in order to

1  accommodate government counsel's military commitments.

2  IT IS ALSO STIPULATED that time for trial under the Speedy Trial Act
3  be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4,
4  from June 15, 2010 through July 20, 2010.

5  IT IS SO STIPULATED.

6  Dated: June 14, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ JEFFREY L. STANIELS
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
LEROY HARRINGTON, III

Dated: June 14, 2010

BENJAMIN B. WAGNER
United States Attorney

 /s/ Jill Thomas
Jill Thomas
Assistant U.S. Attorney

**O R D E R**

The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until July 20, 2010, at 9:15 a.m. on this court's regular criminal calendar.

Time for Trial under the Speedy Trial Act is excluded between June 15, 2010, and July 20, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO ORDERED.

Dated: June 15, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT