```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    LEROY HARRINGTON, III
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13  UNITED STATES OF AMERICA,     ) Case No. 2:10-cr-00052 LKK
                                  )
14              Plaintiff,        ) STIPULATION AND ORDER CONTINUING
                                  ) CASE
15       v.                       )
                                  ) Date:  July 20, 2010
16  LEROY HARRINGTON, III,        ) Time:  9:15 a.m.
                                  ) Judge: Hon. Lawrence K. Karlton
17              Defendant.        )
                                  )
18  _____ )

19
```

20       IT IS HEREBY STIPULATED and agreed to between the United States of
21  America through Jill Thomas, Assistant United States Attorney, and LEROY
22  HARRINGTON, III, by and through his counsel, JEFFREY L. STANIELS,
23  Assistant Federal Defender, that the status conference in the above
24  captioned case be continued from July 20, 2010 to August 31, 2010.  This
25  continuance is sought to permit defense counsel to further review a
26  proposed plea agreement with Mr. Harrington and complete the gathering of
27  information in mitigation of punishment.
28       IT IS ALSO STIPULATED that time for trial under the Speedy Trial Act

1  be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4,
2  from July 20, 2010 through August 31, 2010.
3      IT IS SO STIPULATED.
4  Dated: July 19, 2010
                                  Respectfully submitted,
5
                                  DANIEL J. BRODERICK
6                                 Federal Defender

7                                 /s/ JEFFREY L. STANIELS
                                  JEFFREY L. STANIELS
8                                 Assistant Federal Defender
                                  Attorney for Defendant
9                                 LEROY HARRINGTON, III

10
   Dated: June 19, 2010
11
                                  BENJAMIN B. WAGNER
12                                United States Attorney

13                                 /s/ Jill Thomas
                                  Jill Thomas
14                                Assistant U.S. Attorney

15

16                              **O R D E R**

17      The foregoing stipulation of counsel is accepted.  The above
18  captioned matter is ordered to be continued until July 20, 2010, at 9:15
19  a.m. on this court's regular criminal calendar.
20      Time for Trial under the Speedy Trial Act is excluded between July
21  20, 2010, and August 31, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv),
22  Local Code T-4.
23      IT IS SO ORDERED.
24
25  Dated: July 19, 2010
                                  _____
26                                LAWRENCE K. KARLTON
                                  SENIOR JUDGE
27                                UNITED STATES DISTRICT COURT
28

Harrington Stip/Order              -2-