UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
July 16, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:10CR00052-01 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| LEROY HARRINGTON III, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   LEROY HARRINGTON III  , Case No.

2:10CR00052-01  , Charge   18:3606 - Probation Violation  , from custody for the following

reasons:

      __ Release on Personal Recognizance

      __ Bail Posted in the Sum of $__

            __ Unsecured Appearance Bond

            __ Appearance Bond with 10% Deposit

            __ Appearance Bond with Surety

            __ Corporate Surety Bail Bond

            ✔ (Other)   Time Served

Issued at   Sacramento, CA   on   July 16, 2012   at   10:01 am  .

By /s/ Lawrence K. Karlton
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal